NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ERIC ROBERT PLUM,                    )
                                     )
        Appellant,                   )
                                     )
v.                                   )        Case No. 2D18-265
                                     )
STATE OF FLORIDA,                    )
                                     )
        Appellee.                    )
_____)

Opinion filed August 22, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Lee
County; Bruce E. Kyle, Judge.

Eric Robert Plum, pro se.


PER CURIAM.


            Affirmed.


VILLANTI, BLACK, and LUCAS, JJ., Concur.